UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY OSBORNE MACKALL,

              Plaintiff,

v.                              No. 05-60080

BILLY RAY THOMPSON,            HON. JOHN CORBETT O'MEARA

              Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE PEPE'S
REPORT AND RECOMMENDATION**

       This matter has come before the Court on the Magistrate Judge Whalen's Report and Recommendation as well as any objections filed thereto,

       **IT IS ORDERED** that the Reports and Recommendations are **ADOPTED** and entered as the findings and conclusions of this Court.

                     s/John Corbett O'Meara_____
                     John Corbett O'Meara
                     United States District Judge

Dated:  March 6, 2006