UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY OSBORNE MACKALL,

      Plaintiff,

v.                                                          No. 05-60080

BILLY RAY THOMPSON,              HON. JOHN CORBETT O'MEARA

      Defendant.
_____/

**JUDGMENT**

This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

**IT IS ORDERED** and **ADJUDGED** that Plaintiff's complaint is **DISMISSED** for failure to exhaust his administrative remedies.

Dated at Ann Arbor, Michigan this __6th__ day of March, 2006.

                                                                      DAVID WEAVER, CLERK

                                                                      s/Denise Goodine
                                                                      Denise Goodine, Deputy Clerk

APPROVED:

s/John Corbett O'Meara
JOHN CORBETT, O'MEARA
UNITED STATES DISTRICT JUDGE